# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| DANIEL MICHALSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIB GROUP, INC., MIB, LLC and FIDELITY SECURITY LIFE INSURANCE COMPANY,<br><br>Defendants. | C.A. No. 1:24-cv-10227-DJC |

## FIDELITY SECURITY LIFE INSURANCE COMPANY'S MOTION FOR JUDGMENT OF DISMISSAL ON THE PLEADINGS

Pursuant to Fed. Rule Civ P. 12(b)(1) and 12 (c), Defendant Fidelity Security Life Insurance Company ("FSLI") moves for an order granting judgment on the pleadings as to the Plaintiff's single claim against FSLI. The Plaintiff lacks standing, this Court lacks jurisdiction, and the Complaint fails to state a viable claim against FSLI under the Fair Credit Reporting Act. In support of this motion, FSLI incorporates by reference herein the reasons set forth in its memorandum of law filed herewith.

WHEREFORE, FSLI respectfully requests that the Court dismiss Count IV of Plaintiff's Complaint under Rules 12(b) and (c) for lack of jurisdiction and for failure to state a claim against FSLI for a violation of § 1681s-2(b).

Respectfully submitted,

FIDELITY SECURITY LIFE INSURANCE COMPANY,

*/s/ Michael F. Connolly*
Michael F. Connolly, BBO #551273
Melissa E. King, BBO #712163
Rubin and Rudman LLP
53 State Street, 15th Floor
Boston, MA 02109
617-330-7101
mconnolly@rubinrudman.com
mking@rubinrudman.com

Dated: July 2, 2024

# CERTIFICATE OF SERVICE

I, Michael F. Connolly, hereby certify that on July 2, 2024 a true and correct copy of the foregoing Answer to Plaintiff's Complaint was served through the ECF system on those persons registered to receive notice thereunder.

*/s/ Michael F. Connolly*
Michael F. Connolly