IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| DANIEL MICHALSKI, *on behalf of himself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>MIB GROUP, INC., MIB, LLC, and FIDELITY SECURITY LIFE INSURANCE COMPANY,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)  C.A. NO. 1:24-CV-10227-DJC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER
PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT
AND DIRECTING NOTICE TO THE CLASS**

Pursuant to Fed. R. Civ. P. 23(e)(2), Plaintiff Daniel Michalski moves this Court for an Order preliminarily approving the Settlement Agreement submitted herewith, and requests that the Court (1) find that it will likely be able to approve the proposed settlement under FED. R. CIV. P. 23(e)(2) as amended, and certify the proposed Settlement Class for purposes of judgment on the Settlement; (2) approve the form, content, and method of delivering notice to the Class as set out in the Settlement Agreement; and (3) schedule a final approval hearing. In support thereof, he submits the attached memorandum of law.

Defendants MIB Group, Inc. and MIB, LLC do not oppose the requested relief.

Respectfully submitted,

DANIEL MICHALSKI, *by his Attorneys*,

/s/ *James A. Francis*
James A. Francis*
John Soumilas*
Lauren KW Brennan*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510

Philadelphia, Pennsylvania 19103
T: (215) 735-8600
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

Christopher M. Lefebvre
BBO #629056
P.O. Box 479
Pawtucket, RI 02862
T: (401) 728-6060
chris@lefebvrelaw.com

*Admitted Pro Hac Vice*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that pursuant to Local Rule 7.1 of the District Court of Massachusetts, I conferred with Defendants' counsel in good faith regarding the relief requested in this motion, and Defendants do not oppose this motion.

**CERTIFICATE OF SERVICE**

I, James A. Francis, hereby certify that on July 30, 2025, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ James A. Francis*
James A. Francis