IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL MICHALSKI, *on behalf of himself and all others similarly situated*, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | C.A. NO. 1:24-CV-10227-DJC |
| MIB GROUP, INC., MIB, LLC, and FIDELITY SECURITY LIFE INSURANCE COMPANY, | ) ) ) ) | |
| *Defendants*. | ) ) | |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF
THE CLASS ACTION SETTLEMENT**

Plaintiff Daniel Michalski hereby moves this Honorable Court to grant final approval of the class action settlement, which resolves all claims asserted in this litigation on behalf of proposed nationwide class against Defendants MIB Group, Inc. and MIB, LLC ("MIB").

For the reasons set forth in the accompanying memorandum, Plaintiff and Class Counsel respectfully request that this Court grant the instant Motion, finally approve the proposed settlement, and enter the proposed order included herewith.

Respectfully submitted,

DANIEL MICHALSKI, *by his Attorneys*,

/s/ *James A. Francis*
James A. Francis*
John Soumilas*
Lauren KW Brennan*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, Pennsylvania 19103
T: (215) 735-8600
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

Christopher M. Lefebvre
BBO #629056
P.O. Box 479
Pawtucket, RI 02862
T: (401) 728-6060
chris@lefebvrelaw.com

*Admitted Pro Hac Vice*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that pursuant to Local Rule 7.1 of the District Court of Massachusetts, I conferred with Defendants' counsel in good faith regarding the relief requested in this motion.

## **CERTIFICATE OF SERVICE**

I, James A. Francis, hereby certify that on January 21, 2026, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ James A. Francis*
James A. Francis